

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00091-CV

| | | |
|---|---|---|
| AC DENTON LLC (FORUM AT DENTON STATION), Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (23-7769-431) |
| V. | § | September 18, 2025 |
| DENTON CENTRAL APPRAISAL DISTRICT, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant AC Denton LLC (Forum at Denton Station) shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker